**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KATHLEEN LAMOTHE,
Plaintiff

v.

SIMON CHEVROLET-BUICK, LTD, AND FRED L. SIMON JR., PRESIDENT OF SIMON CHEVROLET-BUICK, LTD, AND PERSONALLY, IN HIS CAPACITY AS ADMINISTRATOR OF SIMON CHEVROLET-BUICK'S LTD EMPLOYEE HEALTH INSURANCE PLAN,
Defendants

C.A. No. 06-08T

FILED
FEB 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO ENLARGE TIME**

Now come the Defendants, by their attorneys and pursuant to Rule 6(b)(1) of the Rules of Civil Procedure, hereby moves this Court to extend the time within which they may file responses, including objections and affirmative defenses, to Plaintiff's Complaint to and including February 21, 2006.

In support of this motion, Defendants require additional time because this matter was referred to current counsel on January 20, 2006 and Defendants need further time to assess possible defenses including a possible motion to dismiss.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
2/14/06

SIMON CHEVROLET-BUICK, LTD, AND FRED L. SIMON JR., PRESIDENT OF SIMON CHEVROLET-BUICK, LTD, AND PERSONALLY, IN HIS CAPACITY AS ADMINISTRATOR OF SIMON CHEVROLET-BUICK'S LTD EMPLOYEE HEALTH INSURANCE PLAN

BY THEIR ATTORNEYS,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: February 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION TO ENLARGE TIME was faxed and mailed, postage prepaid, on this 7th day of February, 2006 to:

Kenneth D. Haupt, Esq.
127 Dorrance Street, Suite 7-A
Providence, RI 02903
(401) 453-1355
(401) 453-6670 FAX

839910_1/5136-2