UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATHLEEN LAMOTHE,
Plaintiff

v.

SIMON CHEVROLET-BUICK, LTD, AND FRED L. SIMON JR., PRESIDENT OF SIMON CHEVROLET-BUICK, LTD, AND PERSONALLY, IN HIS CAPACITY AS ADMINISTRATOR OF SIMON CHEVROLET-BUICK'S LTD EMPLOYEE HEALTH INSURANCE PLAN,
Defendants

C.A. No. 06-08T

**DEFENDANT'S MOTION TO DISMISS**

Defendants, Simon Chevrolet-Buick, Ltd., and Fred L. Simon Jr., move this honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint to the extent that it seeks damages in the amount of $100 per day. As grounds therefor, Defendants assert that Plaintiff does not set out the legal basis for her claims for this relief and no such legal or factual basis exists that would entitle her to such a remedy. In support of this motion, Defendants rely on their Memorandum in Support of Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, filed herewith.

SIMON CHEVROLET-BUICK, LTD, AND FRED L. SIMON JR., PRESIDENT OF SIMON CHEVROLET-BUICK, LTD, AND PERSONALLY, IN HIS CAPACITY AS ADMINISTRATOR OF SIMON CHEVROLET-BUICK'S LTD EMPLOYEE HEALTH INSURANCE PLAN

BY THEIR ATTORNEYS,

GRANTED IN THE ABSENCE OF OBJECTION

Ernest C. Torres
Chief, US District Judge
3/21/2006

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: February 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO DISMISS was faxed and mailed, postage prepaid, on this 14th day of February, 2006 to:

Kenneth D. Haupt, Esq.
127 Dorrance Street, Suite 7-A
Providence, RI 02903
(401) 453-1355
(401) 453-6670 FAX

840578_1