**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KATHLEEN LAMOTHE

VS. C.A.NO. 06-08T

SIMON CHEVROLET-BUICK, LTD.
AND FRED L. SIMON, PRESIDENT OF
SIMON-CHEVROLET AND PERSONALLY
IN HIS CAPACITY AS SIMON CHEVROLET-
BUICK, LTD EMPLOYEE HEALTH
INSURANCE PLAN

**PLAINTIFF'S OBJECTION TO MOTION TO DISMISS**

Now comes the Plaintiff in the above entitled matter and objects to the Defendant's motion to dismiss the Plaintiff's complaint for failure to state a claim upon which relief may be granted. In pressing her objection Plaintiff relies upon the express language of 29 U.S.C.A. § 1132 (a):

"Persons empowered to bring a civil action

A civil action may be brought--

**(1)** by a participant or beneficiary--

**(A)** for the relief provided for in subsection (c) of this section, or

**(B)** to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan;"

Plaintiff has plainly alleged facts sufficient to invoke the protection of this act and the jurisdiction of this court. She has the right to her damages, statutory interest, her costs and her reasonable attorney's fees.

Although Defendants, in their motion, imply there were proper grounds for terminating Plaintiff's medical benefits, they present no facts in support of that implication. Defendants, in fact, tacitly concede that Plaintiff's medical coverage was terminated before her COBRA mandated coverage was due to expire.

**CONCLUSION**

The Plaintiff respectfully requests that the Defendants' motion to dismiss with prejudice be denied.

Respectfully submitted,
KATHLEEN LEMOTHE
By her attorney,

Kenneth D. Haupt

Kenneth D. Haupt #5739
127 Dorrance Street
Suite 7A
Providence, RI 02903
(401) 453-1355

**CERTIFICATION**

I hereby certify that on the 21 day of March 2006 I sent a copy of the within Objection to Howard A. Merten, Esq., and Carolyn P. Medina, Esq., 180 South Main Street, Providence, RI 02903 by first class mail.

Kenneth D. Haupt