# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KATHLEEN LAMOTHE,
Plaintiffs

v. C.A. No. 06-08/T

SIMON CHEVROLET-BUICK LTD, ET AL.
Defendants

## DISMISSAL STIPULATION

Plaintiff Kathleen LaMothe and Defendants Simon Chevrolet-Buick Ltd, and Fred L. Simon Jr., President Of Simon Chevrolet-Buick, Ltd, and personally in his Capacity As Administrator Of Simon Chevrolet-Buick's Ltd Employee Health Insurance Plan, hereby stipulate that this action may be dismissed with prejudice, no costs or interest to either party.

KATHLEEN LAMOTHE,

By Her Attorneys

LAW OFFICE OF STEPHEN J. DENNIS

/s/ Kenneth D. Haupt______
Kenneth D. Haupt (#5739)
127 Dorrance Street
Third Floor, Suite 7A
Providence, RI 02903
(401) 453-1355
(401) 453-6670 FAX

SIMON CHEVROLET-BUICK LTD, AND FRED L. SIMON JR., PRESIDENT OF SIMON CHEVROLET-BUICK'S LTD. and personally in his CAPACITY AS ADMINISTRATOR OF SIMON CHEVROLET-BUICK'S LTD EMPLOYEE HEALTH INSURANCE PLAN

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Howard A. Merten_______
Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com

DATED: October , 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2006, a copy of the foregoing DISMISSAL STIPULATION was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's cm/ecf system.

Kenneth D. Haupt, Esq.
Law Office of Stephen Dennis
127 Dorrance Street,
Third Floor, Suite 7-A
Providence, RI 02903

____________________________________

878904_1/5136-2